UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

MELVIN LEROY DUKES,

        Petitioner,

vs.

N. WALKSON,

        Respondent.
_____/

No. C 13-0235 PJH (PR)

**ORDER OF DISMISSAL**

This is a habeas petition filed pro se by a state prisoner. Mail that the clerk sent to petitioner at his last known address has been returned by the postoffice as undeliverable. Petitioner has not provided a current mailing address.

More than sixty days have passed since the mail was returned. This case is **DISMISSED** without prejudice. *See* Local R. 3-11(b).

**IT IS SO ORDERED.**

Dated: April 24, 2013.

                                         PHYLLIS J. HAMILTON
                                         United States District Judge

G:\PRO-SE\PJH\HC.13\Dukes0235.dsm-mail.wpd